No. 104, Orig.  NEW JERSEY *v.* NEVADA ET AL.  It is ordered that the Honorable Wade H. McCree, Jr., of Ann Arbor, Mich., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and the authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for.  The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses.  The allowances to him, the compensation paid to his technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court.

Motion of City of Las Vegas to be dismissed as a party defendant is referred to the Special Master.  [For earlier order herein, see *ante,* p. 917.]

No. 84–1076.  TRANSCONTINENTAL GAS PIPE LINE CORP. *v.* STATE OIL AND GAS BOARD OF MISSISSIPPI ET AL.  Sup. Ct. Miss.  [Probable jurisdiction noted, 470 U. S. 1083.]  Motion of appellant for leave to file a supplemental brief after argument granted.

No. 84–1545.  MILLER-WOHL CO., INC. *v.* COMMISSIONER OF LABOR AND INDUSTRY OF MONTANA ET AL.  Appeal from Sup. Ct. Mont.  Motions of Chamber of Commerce of the United States, Equal Employment Advisory Council, and American Civil Liberties Union et al. for leave to file briefs as *amici curiae* granted.